IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR13-00622-TUC-RCC(JR) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Anthony Ray Shirley, | ) | |
| Defendant. | ) | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 81), and the transcripts of proceedings held before the Magistrate Judge;

Like the Magistrate Judge, **THE COURT FINDS** that the YSTR method used in this case passes the Daubert test.

**IT IS ORDERED** the Report and Recommendation is adopted and any 403 concerns are satisfied.

DATED this 13th day of February, 2015.

_____
Raner C. Collins
United States District Judge