IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | No. CR13-00622-TUC-RCC(JR) |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Anthony Ray Shirley, ) |  |
| Defendant. ) |  |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Rateau (Doc. 140),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the Defendant's Motion to Suppress Statements (Doc. 122).

DATED this 15th day of December, 2015.

Raner C. Collins
Chief United States District Judge